# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAUREL MOUNTAIN MIDSTREAM OPERATING, LLC, | ) ) ) Civil Action No. 10-1658 |
| Plaintiff, | ) ) ) |
| v. | ) **ELECTRONICALLY FILED** ) ) |
| EMERY D. ANDEN, JR. and CAROL K. ANDEN, husband and wife, | ) ) ) ) |
| Defendants. | |

## ~~PROPOSED~~ ORDER

AND NOW, this 20th day of Dec, 2010, upon consideration of Laurel Mountain Midstream Operating LLC's ("LMM") Motion for Temporary Restraining Order and Defendants' response, if any, thereto, and all other papers of record, and after Defendant has received notice, that Plaintiff is likely to prevail on the merits, and that unless the temporary restraining order, Plaintiff will be irreparably harmed, it is hereby ORDERED, ADJUDGED, and DECREED that said Motion is GRANTED.

Defendants Emery D. Anden, Jr. and Carol K. Anden, ( "Andens"), and all of their agents, servants, employees and attorneys, and upon those persons in active concert with them who receive actual notice of the order by personal service or otherwise, are hereby preliminary enjoined as follows:

1. The Andens, and anyone acting in concert or participation with them, are ordered to permit entry on the Property by LMM or its agents for the survey, construction, operation and maintenance of pipelines and any necessary appurtenances as set forth in the Pipeline Right-of-Way Grant.

2. The Andens are temporarily enjoined and restrained from directly or indirectly, and whether alone or in concert with others, obstructing LMM's access to the Property to survey the appropriate route for the Pipeline.

3. The Andens are temporarily enjoined and restrained from directly or indirectly, and whether alone or in concert with others, obstructing LMM's access to the Property as set forth in the Pipeline Right-of-Way Grant and Roadway Agreement.

4. LMM shall compensate the Andens for construction of the Pipeline at $3.00 per linear foot as set forth in the Pipeline Right-of-Way Grant.

5. LMM shall post a bond in the amount of $1,000.00 pursuant to Fed. R. Civ. P. 65(c).

6. This injunction shall continue in effect until further Order of the Court

BY THE COURT

_____, J.