IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LAUREL MOUNTAIN MIDSTREAM OPERATING, LLC, | ) ) ) | |
| Plaintiff, | ) ) | No. 2:10-cv-1658-GLL |
| v. | ) ) | |
| EMERY D. ANDEN, JR. and CAROL K. ANDEN, husband and wife, | ) ) ) | |
| Defendants. | ) | |

**MOTION TO RELEASE INJUNCTION BOND**

AND NOW, comes LAUREL MOUNTAIN MIDSTREAM OPERATING, LLC ("LMM"), by and through its undersigned counsel, and files the within Motion to Release Injunction Bond ("Motion"), averring in support as follows:

1. LMM filed a Verified Complaint and Motion for Temporary Restraining Order on December 13, 2010.

2. On December 21, 2010, the Honorable Gary L. Lancaster granted a Preliminary Injunction in favor of Plaintiff, effective upon Plaintiff filing an injunction bond in the amount of $1,000. A true and copy of the December 21, 2010 Order of Court is attached hereto as Exhibit "A".

3. The injunction bond was filed in accordance with the Court's Order

4. On December 2, 2011, the Honorable Gary L. Lancaster entered an Order of Court dismissing the matter for lack of subject matter jurisdiction. A true and correct copy of the April 15, 2003 Order of Court is attached hereto as Exhibit "B".

5. The dismissal of the case has eliminated the need for the Court to retain the Injunction Bond.

WHEREFORE, Laurel Mountain Midstream Operating, LLC respectfully requests that the Court enter an Order in the form attached hereto, which unconditionally releases the Injunction Bond.

Respectfully submitted,

By: /s/ Cindy Dunlap Hinkle
  Stanley Yorsz Id. # 28979
  *stanley.yorsz@bipc.com*
  Cindy Dunlap Hinkle Id. # 86318
  *cindy.hinkle@bipc.com*

BUCHANAN INGERSOLL & ROONEY PC
  One Oxford Centre
  301 Grant Street, 20th Floor
  Pittsburgh, PA  15219
  (412) 562-8841/1682
  (412) 562-1041 (fax)

Dated: February 3, 2012

Attorneys for Laurel Mountain Midstream Operating, LLC