IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAUREL MOUNTAIN MIDSTREAM OPERATING, LLC, | ) ) ) |
| Plaintiff, | ) ) ) No. 2:10-cv-1658-GLL |
| v. | ) ) |
| EMERY D. ANDEN, JR. and CAROL K. ANDEN, husband and wife, | ) ) ) |
| Defendants. | ) |

### ORDER OF COURT

AND NOW, this 13th day of February, 2012, upon consideration of Laurel Mountain Midstream Operating, LLC's Motion to Release Injunction Bond, it is hereby **ORDERED, ADJUDGED** and **DECREED** that said Motion is **GRANTED**. The Injunction Bond in the amount of $1,000.00 that was filed by Laurel Mountain Midstream Operating, LLC is unconditionally released. Further, the Clerk of Courts shall return the Injunction Bond to counsel of record at Buchanan Ingersoll and Rooney Professional Corporation for Laurel Mountain Midstream Operating, LLC.

BY THE COURT,

_[signature]_ J.